RECEIVED
SEP 2 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

---

| | |
|---|---|
| REBECCA F. DUBEA | CIVIL ACTION NO. 10-01148 |
| -vs- | JUDGE DRELL |
| SCHOOL BOARD OF AVOYELLES PARISH | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons detailed in a separate ruling issued on this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment **(Doc. 17)** is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

SIGNED on this 27th day of September, 2012 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE