# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 8 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 15, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130


Re:   Rebecca F. Dubea
      v. School Board of Avoyelles Parish
      No. 13-283
      (Your No. 12-31086)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 16, 2013

Mr. Tony R. Moore
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

           No. 12-31086    Rebecca Dubea v. School Bd of Avoyelles
                           Parish
                           USDC No. 1:10-CV-1148

Enclosed  is  a  copy  of  the  Supreme  Court  order  denying
certiorari.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Lisa G Landry*

                         By:_____
                         Lisa G. Landry, Deputy Clerk
                         504-310-7649